1  JERRY Y. FONG, ESQ. (SBN 99673)
   CAREY & CAREY
2  706 COWPER STREET
   P.O. BOX 1040
3  PALO ALTO, CA  94302-1040
   650/328-5510
4  650/853-3632 fax

5  Attorneys for Defendant CHRISTOPHER MARK YOUNG

6

7               UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                      SAN JOSE DIVISION

10 UNITED STATES OF AMERICA,      )   CASE NO.   CR-10-00825 DLJ
                                  )
11      Plaintiff,                )   STIPULATION OF THE PARTIES TO.
                                  )   JOINTLY REQUEST A CONTINUANCE
12 vs.                            )   OF SENTENCING HEARING FROM
                                  )   JUNE 28, 2012 TO SEPTEMBER 20,
13 CHRISTOPHER MARK YOUNG,        )   2012, AND [] ORDER
                                  )   RE SAME.
14      Defendant.                )
                                  )
15

16

17      The parties, the United States Government and Defendant Christopher Mark Young,

18 hereby stipulate to jointly request that the Court continue the sentencing hearing from June

19 28, 2012, to September 20, 2012, at 10:00 a.m.  This request is made because the parties need

20 the additional time to resolve certain sentencing issues and because Mr. Young's counsel,

21 Jerry Fong, will be in a long wire fraud trial in June and then out of his office for the first

22 half of July, 2012.  Accordingly, the parties respectfully request that the Court grant the

23 continuance to permit all parties sufficient time to prepare for the sentencing.

24 DATED:    May 24, 2012                    Respectfully submitted,

25

26 _____
                                              JERRY Y. FONG, Attorney for
27                                            Defendant CHRISTOPHER YOUNG

28

1
STIPULATION TO CONTINUE SENTENCING HEARING & PROPOSED ORDER RE SAME

1  DATED: May 24, 2012                    Respectfully submitted,

                                          _____
                                          THOMAS A. COLTHURST, Attorney
                                          for Plaintiff UNITED STATES OF
                                          AMERICA

                        [] ORDER

   Pursuant to the parties' stipulation and good cause appearing herein, it is hereby ordered that the sentencing hearing in this case shall be continued from June 28, 2012, to September 20, 2012, at 10:00 a.m. It is so ordered.

                                          _____
   DATED: 6/19/12                         JUDGE OF THE UNITED STATES
                                          DISTRICT COURT