| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | THOMAS A. COLTHURST (CABN 99493)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Boulevard, Suite 900<br>San Jose, California 95113<br>Telephone: (408)-535-5065 |
| 7 | Fax: (408)-535-5066<br>E-Mail: tom.colthurst@usdoj.gov |
| 8 | |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 10-CR-00825-DLJ |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [] |
| v. | ) | ORDER CONTINUING HEARING DATE |
| | ) | |
| CHRISTOPHER MARK YOUNG, | ) | |
| Defendant. | ) | |

The defendant CHRISTOPHER MARK YOUNG, represented by Jerry Y. Fong, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the sentencing hearing currently scheduled for September 20, 2012, be continued to October 11, 2012.

No other defendants are affected by this request.

////

////

////

STIPULATION AND [] ORDER
Case No. 10-CR-00825-DLJ

SO STIPULATED:

Dated: August 20, 2012          /S/
                                Thomas A. Colthurst
                                Assistant United States Attorney


Dated: August 20, 2012          /S/
                                Jerry Y. Fong, Esq.
                                Attorney for Defendant

Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing for *United States v. Christopher Mark Young*, scheduled for September 20, 2012, is continued to October 11, 2012, at 10:00 a.m.

DATED:  ̀ⱢⱰⱭⱧⱤG
                                THE HONORABLE D. LOWELL JENSEN
                                United States District Judge