| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | THOMAS A. COLTHURST (CABN 99493)<br>Assistant United States Attorney |
| 5-8 | 150 Almaden Boulevard, Suite 900<br>San Jose, California 95113<br>Telephone: (408)-535-5065<br>Fax: (408)-535-5066<br>E-Mail: tom.colthurst@usdoj.gov |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 10-CR-00825-DLJ |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [] |
| v. | ) | ORDER CONTINUING HEARING DATE |
| | ) | |
| CHRISTOPHER MARK YOUNG, | ) | |
| Defendant. | ) | |

The defendant CHRISTOPHER MARK YOUNG, represented by Jerry Y. Fong, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the sentencing hearing currently scheduled for October 11, 2012, be continued to December 6, 2012.

No other defendants are affected by this request. The parties anticipate that this will be the last request for an extension. The Probation Officer has been consulted in selecting the proposed date.

////

STIPULATION AND [] ORDER
Case No. 10-CR-00825-DLJ

1  SO STIPULATED:

3  Dated: September 28, 2012                /S/
4                                           Thomas A. Colthurst
                                            Assistant United States Attorney

6
7  Dated: September 28, 2012                /S/
                                            Jerry Y. Fong, Esq.
                                            Attorney for Defendant

9     Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing
10 hearing for *United States v. Christopher Mark Young*, scheduled for October 11, 2012, is
11 continued to December 6, 2012, at 10:00 a.m.

14 DATED: _____                       _____
                                            THE HONORABLE D. LOWELL JENSEN
15                                          United States District Judge

STIPULATION AND [] ORDER
Case No. 10-CR-00825-DLJ              -2-