1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  THOMAS A. COLTHURST (CABN 99493)
   Assistant United States Attorney
5
        150 Almaden Boulevard, Suite 900
6       San Jose, California 95113
        Telephone: (408)-535-5065
7       Fax: (408)-535-5066
        E-Mail: tom.colthurst@usdoj.gov
8
   Attorneys for United States of America
9

10                  UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                         SAN JOSE DIVISION

13

14 UNITED STATES OF AMERICA,           )   No. 10-CR-00825-DLJ
                                        )
15         Plaintiff,                   )
                                        )   STIPULATION AND []
16     v.                               )   ORDER CONTINUING HEARING DATE
                                        )
17 CHRISTOPHER MARK YOUNG,              )
                                        )
18         Defendant.                   )
                                        )
19

20

21      The defendant CHRISTOPHER MARK YOUNG, represented by Jerry Y. Fong, Esq.,

22 and the government, represented by Thomas A. Colthurst, Assistant United States Attorney,

23 respectfully request that the sentencing hearing currently scheduled for December 6, 2012, be

24 continued to January 24, 2013.

25      No other defendants are affected by this request.

26 ////

27 ////

28 ////

STIPULATION AND [] ORDER
Case No. 10-CR-00825-DLJ

1  SO STIPULATED:

3  Dated: November 14, 2012                    /S/
4                                              Thomas A. Colthurst
                                               Assistant United States Attorney

6  Dated: November 14, 2012                    /S/
7                                              Jerry Y. Fong, Esq.
                                               Attorney for Defendant

9     Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing
10 hearing for *United States v. Christopher Mark Young*, scheduled for December 6, 2012, is
11 continued to January 24, 2013, at 10:00 a.m.

14 DATED: _____            _____
                                  THE HONORABLE D. LOWELL JENSEN
15                                United States District Judge

STIPULATION AND [] ORDER
Case No. 10-CR-00825-DLJ                      -2-