1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  THOMAS A. COLTHURST (CABN 99493)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408)-535-5065
7      Fax: (408)-535-5066
       E-Mail: tom.colthurst@usdoj.gov
8
   Attorneys for United States of America
9

                UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA

                      SAN JOSE DIVISION


   UNITED STATES OF AMERICA,        )  No. 10-CR-00825-DLJ
                                    )
          Plaintiff,                )
                                    )  STIPULATION AND []
      v.                            )  ORDER CONTINUING HEARING DATE
                                    )
   CHRISTOPHER MARK YOUNG,          )
                                    )
          Defendant.                )
                                    )


       The defendant CHRISTOPHER MARK YOUNG, represented by Jerry Y. Fong, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the sentencing hearing currently scheduled for January 24, 2013, be continued to April 25, 2013.  The Probation Officer has also requested this new date.

       No other defendants are affected by this request.

   ////

   ////

   ////

   STIPULATION AND [] ORDER
   Case No. 10-CR-00825-DLJ

1  SO STIPULATED:

3  Dated: January 15, 2013           /S/
4                                    Thomas A. Colthurst
                                     Assistant United States Attorney

6
7  Dated: January 15, 2013           /S/
                                     Jerry Y. Fong, Esq.
                                     Attorney for Defendant

9     Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing
10 hearing for *United States v. Christopher Mark Young*, scheduled for January 24, 2013, is
11 continued to April 25, 2013, at 10:00 a.m.

14 DATED: _____
                                     THE HONORABLE D. LOWELL JENSEN
15                                   United States District Judge

STIPULATION AND [] ORDER
Case No. 10-CR-00825-DLJ            -2-